BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
CHRISTOPHER W. DEMPSEY
Assistant Director
EDWARD S. WHITE
Trial Attorney
N.Y. State Bar Reg. # 2088979
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 616-9131
    Facsimile: (202) 305-7000
    Email: edward.s.white@usdoj.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YA YUN WU,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; ROBIN BARRETT, SAN FRANCISCO FIELD OFFICE DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>      Defendants. | Case No. 3:16-cv-03774-MEJ<br><br>**STIPULATION CONCERNING CASE MANAGEMENT**<br><br>Judge: Hon. Maria-Elena James |

Plaintiff and Defendants, by and through their respective attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

STIPULATION                                                                                   3:16-cv-03774-MEJ
CONCERNING CASE MANAGEMENT

1.  On July 6, 2016, Plaintiff filed a complaint, pursuant to 8 U.S.C. § 1421(c), seeking a *de novo* determination by this Court of her eligibility to naturalize. ECF No. 2.

2.  On July 7, 2016, the Clerk of Court issued for this case a "Procedural Order for Immigration Mandamus Cases." ECF No. 4. The standard-form order provides an expedited schedule for the filing of motions for summary judgment, makes no allowance for discovery, and directs that no case management conference will be held, absent a request for a case management conference. *Id.*

3.  Plaintiff does not seek an order in the nature of a writ of mandamus, and has not invoked the Mandamus Act, 28 U.S.C. § 1361.

4.  The parties agree that in this case, brought pursuant to 8 U.S.C. § 1421(c), *inter alia*, in which Plaintiff seeks a *de novo* determination by this Court of her eligibility for naturalization and in which she bears the burden to demonstrate her eligibility to naturalize, pretrial discovery is appropriate, and a trial on the merits may be necessary.

5.  The parties, therefore, agree that this honorable Court should vacate the Procedural Order for Immigration Mandamus Cases, ECF No. 4, and schedule this case for a case management conference. In order to give the parties sufficient time in advance of the case management conference to confer and prepare a joint case management statement, the parties respectfully request the Court schedule the case management conference for ~~October 11, 2016~~ September 29, 2016.

A joint Case Management Statement shall be due September 22, 2016.

**IT IS SO STIPULATED.**

Dated:  August 24, 2016                Respectfully submitted,

LAW OFFICE OF ROBERT JOBE              BENJAMIN C. MIZER
                                       Principal Deputy
/s/ *Robert B. Jobe*
ROBERT B. JOBE                         WILLIAM C. PEA
550 Kearny Street, Suite 200           Director, District C
San Francisco, California 94208

STIPULATION
CONCERNING CASE MANAGEMENT

2



IT IS SO ORDERED
Judge Maria-Elena James

| | |
|---|---|
| Tel: (415) 956-5513 | CHRISTOPHER W. DEMPSEY |
| Fax: (415) 840-0308 | Assistant Director, District Court Section |
| Email: bob@jobelaw.com | |
| | /s/ Edward S. White |
| Attorney for Plaintiff | EDWARD S. WHITE |
| | N.Y. State Bar Reg. # 2088979 |
| | Trial Attorney |
| | District Court Section |
| | Office of Immigration Litigation |
| | Civil Division |
| | United States Department of Justice |
| | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044-0868 |
| | Tel: (202) 616-9131 |
| | Fax: (202) 305-7000 |
| | Email: edward.s.white@usdoj.gov |
| | |
| | Attorneys for Defendants |

**FILER'S ATTESTATION**

I, Edward S. White, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this **STIPULATION CONCERNING CASE MANAGEMENT,** and have authorized the filing.

Dated:  August 24, 2016             /s/ *Edward S. White*
        Washington, D.C.            EDWARD S.WHITE
                                    Trial Attorney